AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

*E-filing*

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
MAY 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- OFFENSE CHARGED ---

21 U.S.C. 841(a)(1) and (b)(1)(A)(iii); 21 U.S.C. 841(a)(1)( and (b)(1)(B)(ii); 21 U.S.C. 841(a)(1) and (b)(1)(C); 18 U.S.C. 922(g)(1)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT

--- DEFENDANT - U.S. ---

▶ CLIFFORD HARRIS

DISTRICT COURT NUMBER

**CR07-00345 SBA**

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   DEREK BUTTS

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)

CONTRA COSTA COUNTY

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

DEFENDANT INFORMATION SHEET ATTACHMENT

COUNT ONE: Maximum life in prison, mandatory minimum 20 years; $8,000,000 fine; Maximum lifetime supervised release, minimum 10 years; special assessment $100.

COUNT TWO: Maximum life in prison, mandatory minimum 10 years; $4,000,000 fine; Maximum lifetime supervised release, minimum 10 years; special assessment $100.

COUNT THREE: Maximum 30 years prison; $2,000,000 fine, Maximum 6 years supervised release; special assessment $100.

COUNT FOUR: Maximum 10 years prison; $250,000 fine, Maximum 3 years supervised release; special assessment $100.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: OAKLAND

E-filing

UNITED STATES OF AMERICA,

V.

CLIFFORD HARRIS,

CR07-00345

DEFENDANT.

## INDICTMENT

VIOLATIONS: 21 U.S.C. Sections 841(a)(1) and (b)(1)(A)iii - Possession with Intent to Distribute Cocaine Base;
21 U.S.C. Sections 841(a)(1) and (b)(1)B)ii - Possession with Intent to Distribute Cocaine;
21 U.S.C. Sections 841(a)(1) and (b)(1)(C) - Possession with Intent to Distribute Heroin; 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition

_____
A true bill.
_____ Foreman

Filed in open court this _31st_ day of _May, 2007_

_____ Clerk

Bail, $ No bail, arrest warrant.
5/31/07

E-filing

FILED

2007 MAY 31 PM 12: 34

RICHARD
CLERK, U.S.
NORTHERN DIST. OF CALIFORNIA

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
|   | United States Attorney |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-00345 SBA |
| Plaintiff, | VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii) – Possession With Intent To Distribute Cocaine Base; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) – Possession With Intent To Distribute Cocaine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute Heroin; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm |
| v. | |
| CLIFFORD HARRIS, | |
| Defendant. | |
| | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii) -- Possession With Intent To Distribute Cocaine Base)

On or about April 26, 2007, in the Northern District of California, the defendant,

CLIFFORD HARRIS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, at least 50 grams of a mixture and substance containing cocaine base (in the

INDICTMENT

form of "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

//

COUNT TWO:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) -- Possession With Intent To Distribute Cocaine)

On or about April 26, 2007, in the Northern District of California, the defendant,

CLIFFORD HARRIS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, approximately 709 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

//

COUNT THREE:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) -- Possession With Intent To Distribute Heroin)

On or about April 26, 2007, in the Northern District of California, the defendant,

CLIFFORD HARRIS,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, namely, approximately 36 grams of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

//

COUNT FOUR:   (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition)

On or about April 26, 2007, in the Northern District of California, the defendant,

CLIFFORD HARRIS,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a Heckler & Koch, .40 caliber pistol, serial number 22-080434, in and affecting commerce, and did knowingly possess ammunition manufactured by Speer, in and affecting commerce, all in violation of Title 18,

INDICTMENT

1 | United States Code, Section 922(g)(1).

2 | //

3 | DATED:    May 31, 2007                    A TRUE BILL.

                                              _____
                                              FOREPERSON

6 | SCOTT N. SCHOOLS
    United States Attorney

9 | DOUGLAS SPRAGUE
    Chief, Oakland Branch

11 | (Approved as to form: _____)
                              SAUSA BUTTS

INDICTMENT