# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

June 7, 2007

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Courtroom 4
Oakland, CA 94612

     Re:    United States v. Clifford Harris, CR 07 00345 SBA

Dear Magistrate Judge Brazil:

    I am still attempting to arrange a date convenient to all proposed sureties to attend a bail hearing in this matter. Until I do so, I request that you vacate the June 8, 2007 detention hearing date pending notification from my office that the matter will be re-scheduled.

    Thank you for the Court's attention.

                    Respectfully submitted,

                    BARRY J. PORTMAN
                    Federal Public Defender

                      /S/
                    JEROME MATTHEWS
                    Assistant Federal Public Defender

cc:    SAUSA Derek Butts