**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

June 8, 2007

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Courtroom 4
Oakland, CA 94612

    Re:    United States v. Clifford Harris, CR 07 00345 SBA

Dear Magistrate Judge Brazil:

    This afternoon I spoke with SAUSA Derek Butts regarding further scheduling in this case. We jointly request that the Court set the matter for a status conference before Judge Armstrong on June 26, 2007 at 9:00 a.m. The parties agree that time should be excluded under the Speedy Trial Act in light of the defense's request for discovery and further request for sufficient time to review discovery to intelligently discuss further dates with the district court.

    Mr. Harris is reserving his right to a bail hearing as soon as scheduling can be worked out with the proposed sureties.

    Please let me know if the Court desires anything further.

    Respectfully submitted,

    BARRY J. PORTMAN
    Federal Public Defender

    /S/

    JEROME MATTHEWS
    Assistant Federal Public Defender

cc:    SAUSA Derek Butts