**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/31/07

CR 07-00345SBA                         JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

HARRIS                                   Present (X) Not Present ( ) In Custody (X)
   DEFENDANT(S)

<u>DEREK BUTTS</u>                         <u>JEROME MATTHEWS</u>
U.S. ATTORNEY                           ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark             <u>DIANE SKILLMAN</u>
                                         Court Reporter

Interpreter                              Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 9/4/07</u>

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** <u>9/4/07</u> for <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to** _____ @ 9:00 a.m. for _____ Motions
**Brief Sched. Motion papers by** _____ **Opposition by** _____ **Reply by** _____
**Case Continued to** _____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due** _____ Motions in limine/objections to evidence due _____
**Responses to motions in limine and/or responses to objections to evidence due** _____
**Case Continued to** _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
**Case Continued to** _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to** _____ for Change of Plea @ 11:00 a.m.
cc: