**FEDERAL PUBLIC DEFENDER**
Northern District of California
555 - 12th Street
Suite 650
Oakland, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 22, 2007

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Courtroom 4
Oakland, CA 94612
Attn: Ivy Garcia

      Re:    United States v. Clifford Harris, CR 07 00345 SBA

Dear Magistrate Judge Brazil:

    Please add the referenced matter to the Court's August 29, 2007, calendar for a bail hearing. I have confirmed with SAUSA Derek Butts that he is available.

    Please let me know if the Court has any questions.

                                              Respectfully submitted,

                                              BARRY J. PORTMAN
                                              Federal Public Defender

                                                    /S/
                                              JEROME MATTHEWS
                                              Assistant Federal Public Defender

cc:    SAUSA Derek Butts