# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 28, 2007

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Courtroom 4
Oakland, CA 94612
Attn: Ivy Garcia

Re:   United States v. Clifford Harris, CR 07 00345 SBA

Dear Magistrate Judge Brazil:

Please add the referenced matter to the Court's August 30, 2007, calendar for a bail hearing. I have confirmed with SAUSA Derek Butts that he is available. One of the proposed sureties, who is willing to her post her property to secure Mr. Harris's release, will not be able to attend. This surety had made arrangements to attend the bail hearing on August 29, 2007, but her school commitments preclude her attendance on August 30, 2007.

Please let me know if the Court has any questions.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/
JEROME MATTHEWS
Assistant Federal Public Defender

cc:   SAUSA Derek Butts