UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 9/4/07

CR 07-00345SBA                    JUDGE: **SAUNDRA BROWN ARMSTRONG**

**HARRIS**                        Present (X) Not Present () In Custody X
    DEFENDANT(S)

**DEREK BUTTS**                   **JEROME MATTHEWS**
U.S. ATTORNEY                     ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark       **RAYNEE MERCADO**
                                  Court Reporter

Interpreter                       Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 9/11/07**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to **10/16/07** @ 11:00 a.m. for **DECISION ON MOTIONS**
Brief Sched. Motion papers by **9/11/07** Opposition by **9/25/07** Reply by **10/2/07**
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: