1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  DEREK BUTTS (CABN 172207)
   Special Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3701
7  Facsimile:  (510) 637-3724
   Email: Derek.Butts@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 07-00345 SBA
                                     )
14        Plaintiff,                 )   United States' Statement of Non Opposition
                                     )   To Defendant's Motion To Suppress
15     v.                            )   Statements.
                                     )
16  CLIFFORD HARRIS,                 )   Date:   October 16, 2007
                                     )   Time:   11:00 a.m.
17        Defendant.                 )   Court:  Judge Armstrong
                                     )
18

19       The United States files this Statement of Non Opposition to defendant's motion to

20  suppress statements made during a recorded interview with Richmond Police Detective Pomeroy

21  after the defendant's arrest on April 26, 2007.  The United States will not seek to introduce any

22  statements made by the defendant in its case in chief in a trial upon this matter.

23

24  DATED:   September 20, 2007           Respectfully submitted,

25                                        SCOTT N. SCHOOLS
                                          United States Attorney
26

27
                                                 /S/
28                                        DEREK BUTTS
                                          Special Assistant United States Attorney