IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR 07-345 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 12] |
| CLIFFORD HARRIS,, | |
| Defendant. | |

On September 11, 2007, defendant Clifford Harris filed a motion to suppress statements he made to a law enforcement agent following his arrest for possession of narcotics with intent to distribute. Docket No. 12. On April 26, 2007, after being booked at the Richmond City Jail, police transported Harris to an interview room for questioning. *Id.* During the course of the interrogation, which was recorded on DVD, Harris made a number of incriminating statements to Richmond Police Detective Pomeroy. *Id.* Harris made some of these statements prior to being advised of his right to remain silent. *Id.* Detective Pomeroy continued questioning Harris after he stated he did not wish to discuss the case, and even after Harris invoked his right to counsel. *Id.*

On September 20, 2007, the government filed a Statement of Non-Opposition to Harris' motion to suppress, stating that "The United States will not seek to introduce any statements made by the defendant in its case in chief in a trial upon this matter." [Docket No. 12]

Accordingly, IT IS HEREBY ORDERED that Harris' unopposed motion to suppress all statements obtained as a result of Detective Pomeroy's interrogation of Harris on April 26, 2007

United States District Court
For the Northern District of California

1  [Docket No. 12] is GRANTED.

2      IT IS SO ORDERED.

3  Dated: 10/11/07

                                      SAUNDRA BROWN ARMSTRONG
4                                       United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28