UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date:10/16/07

CR 07-00345SBA                JUDGE: SAUNDRA BROWN ARMSTRONG

**HARRIS**                    Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

 ANDREW WONG                    JEROME MATTHEWS
U.S. ATTORNEY                   ATTORNEY FOR DEFENDANT(S)

**Deputy Clerk:** Lisa R. Clark         STARR WILSON
                         Court Reporter

 Interpreter                    Probation Officer
**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF GOVERNMENT COUNSEL UNTIL 11/6/07

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** 11/6/07 **for** Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____@ 9:00 a.m. for_____ Motions
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____**Motions in limine/objections to evidence due**_____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____**for Trial(Court/Jury:**___**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____**for Judgment & Sentencing as to Count(s)**_____**of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**_____**for Change of Plea @ 11:00 a.m.**
**cc:**

Case 4:07-cr-00345-SBA    Document 15    Filed 10/16/2007    Page 2 of 2