UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 11/6/07

CR 07-00345SBA                    JUDGE: SAUNDRA BROWN ARMSTRONG

HARRIS                            Present X   Not Present ( )   In Custody (X)
    DEFENDANT(S)

DEREK BUTTS                       JEROME MATTHEWS
U.S. ATTORNEY                     ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark       STARR WILSON
                                  Court Reporter

Interpreter                       Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF COUNSEL UNTIL 11/27/07

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to **11/27/07** for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to **11/27/07** for Change of Plea @ 9:00 a.m.
cc: