**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 11/27/07

CR 07-00345SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**CLIFFORD HARRIS**              Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**

<u> DEREK BUTTS </u>              <u>    JEROME MATTHEWS         </u>
U.S. ATTORNEY                     ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark       <u>   STARR WILSON              </u>
                                           Court Reporter

 Interpreter                      Probation Officer
                         **PROCEEDINGS**

**REASON FOR HEARING:   STATUS- HELD**

**RESULT OF HEARING:  COURT FINDS EXCLUDABLE TIME BASED ON CONTINUITY OF DEFENSE COUNSEL UNTIL 12/19/07**

                **JUDGMENT:**

                         **PROCEEDINGS**

**Case Continued to <u> 12/19/07           </u> for Further Status/<u>Trial Setting</u>/ Motion Setting/Evidentiary Hearing/ <u>Change of Plea</u> @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**