**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00345 SBA |
|     Plaintiff, | **CLERK'S NOTICE** |
|   v. | |
| CLIFFORD HARRIS, | |
|     Defendant. | |

The Trial Setting or Change of Plea hearing set for Wednesday, December 19, 2007, at 9:00 a.m., has been moved to Tuesday, December 18, 2007, at 11:00 a.m.

Dated: 12/4/07

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Lisa R. Clark
LISA R. CLARK
Courtroom Deputy

To: