## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date:12/18/07

CR 07-00345SBA                    **JUDGE: SAUNDRA BROWN ARMSTRONG**

**HARRIS**                         **Present (x) Not Present ( ) In Custody (x )**
       **DEFENDANT(S)**

**DEREK BUTTS**                    **JEROME MATTHEWS**
**U.S. ATTORNEY**                  **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**        **DIANE SKILLMAN**
                                        **Court Reporter**

_____                    _____
 **Interpreter**                        **Probation Officer**
### PROCEEDINGS

**REASON FOR HEARING:    STATUS - HELD**

**RESULT OF HEARING:    PARTIES INDICATE THEY ARE CLOSE TO RESOLVING THIS MATTER AND WILL SUBMIT A  STIPULATION AND A COPY OF THE PLEA AGREEMENT FOR THE COURTS' CONSIDERATION; COURT FINDS EXCLUDABLE TIME BASED ON EFFECTIVE PREPARATION OF COUNSEL UNTIL 1/15/08**

### JUDGMENT:

### PROCEEDINGS

**Case Continued to  1/15/08          for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**