BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607
Telephone: (510) 637-3500

Counsel for Defendant CLIFFORD HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07 00345 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING DATE |
| vs. | ) | |
| | ) | |
| CLIFFORD HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is scheduled for a status conference on January 15, 2008, at 9:00 a.m. The government has obtained approval for a Rule 11(c)(1)(C) plea agreement negotiated by the parties. The parties have conferred with the Court's deputy clerk regarding a plea and sentencing date, and IT IS STIPULATED AND AGREED that this matter be continued to April 8, 2008, at 10:00 a.m. for change of plea and sentencing.

The parties further agree that time under the Speedy Trial Act be excluded on the grounds that the Court has a Rule 11(c)(1)(C) agreement under consideration  18 U.S.C. §§ 3161(h)(1)(I).

SO STIPULATED.

STIP/ORD                                    1

Dated: January 11, 2008

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: January 11, 2008

/S/
_____
DEREK BUTTS
Special Assistant United States Attorney

SIGNATURE ATTESTATION

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

    Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that there is good cause to continue the status conference on the grounds that the Court has under consideration a proposed Rule 11(c)(1)(C) plea agreement.

    Based on these findings, IT IS HEREBY ORDERED that the status conference presently set for January 15, 2008, be continued to April 8, 2008, for change of plea and sentencing, and that time under the Speedy Trial Act be excluded from January 15, 2008 to April 8, 2008.  18 U.S.C. §§ 3161(h)(1)(I).

    IT IS SO ORDERED.

Dated: January ____, 2008

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge