AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 856(a)(1) - Maintaining Drug-Involved Premises

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 20 years imprisonment, $500,000 fine, 3 years of supervised release, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**FILED**

**DEFENDANT - U.S**
▶ CLIFFORD HARRIS

DISTRICT COURT NUMBER
CR 07-00345 SBA

MAR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK BUTTS, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☒ Federal  ☐ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year  5/31/07

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED

2008 MAR 24 PM 3: 29

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 07-00345 SBA |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 21 U.S.C. § 856(a)(1) - Maintaining Drug-Involved Premises |
| v. | ) | |
| CLIFFORD HARRIS, | ) | OAKLAND VENUE |
| Defendant. | ) | |

SUPERSEDING I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: (21 U.S.C. § 856(a)(1) - Maintaining Drug-Involved Premises)

On or about April 26, 2007, in the Northern District of California, the defendant,

CLIFFORD HARRIS,

did knowingly use and maintain the residence at 5233 Creely Avenue in the city of Richmond, California for the purpose of distributing cocaine base, namely "crack" cocaine, cocaine salt, and heroin in violation of Title 21, United States Code, Section 856(a)(1).

//

SUPERSEDING INFORMATION

1  DATED: March 24, 2008                JOSEPH P. RUSSONIELLO
2                                       United States Attorney
3                                       _____
4                                       DOUGLAS SPRAGUE
                                        Chief, Oakland Branch
5
6  (Approved as to form: _____)
                          DEREK BUTTS
7                         Special Assistant United States Attorney

SUPERSEDING INFORMATION