# Exhibit A

**U.S. v. Clifford Harris**
**CR-07 00345 SBA**



P. O. Box 151677
San Rafael, CA 94915-1677 U.S.A.
Tel: 415-456-2815 • Fax: 415-457-7041
www.labcon.com



June 29, 1999

Department of Corrections

To whom it may concern,

Clifford Harris is an employee of Labcon, North America in San Rafael, California. He first worked in our Joint Venture Program at San Quentin State Prison from June 1996 until July, 1997  He was our lead person at San Quentin for the last several months of his confinement.

He began working at our plant in San Rafael through Manpower, in October, 1998. He went on our payroll effective 2/1/99 and his performance and attendance have been excellent. He works as a machine operator on our packaging line.

Any consideration which would allow him an easier commute or more cost effective living situation would be appreciated. Please call me if I can be of reference or further assistance.

Sincerely,

Jim Happ
Joint Venture Coordinator
Co-President, Labcon, North America

JH:kp



Clifford Harris                     415-241-5555
                                    message

1 yr. Lobcon: Locker - shrink wrap
Parole
Officer   Arnold Fitt   415-557-1023
                                    10/62 mom
          Drugs (Possession & Sales)

Came in with Lamar

10-16-98  Agent Fitt called me to say Clifford
was a good man. No problems. Eager
to work. Been in the system a long time
and he is really turning himself around.
Was in for drugs (Possess + Sale) Agent Fitt
said he would make a good emp. Been at
Walden House for about 7 months and he
is doing very well.

Sherly Hall - Supvr. S.A. said he was a
very good worker and picked things
up quickly.

## Call Tracking        Kaiser Permanente

| Nickname: | KP PCP: Clement-M Md | KP Facility: OAK |
|---|---|---|
| DOB: 02/25/1956 (47) Male<br>Code Status: | Prog: OAK-HIV<br>Case Mgr: Cohen-E | |
| Address: 14655 San Pablo Avenue, Apt F<br>City: San Pablo 94801 | Day Ph #: 510-234-5099<br>Eve Ph #: | |

| Call Date: | 01/11/2005 10:49 AM | Mode of Comm: | In-Person |
|---|---|---|---|
| Initiated By: | Cohen-Eve | Source of Comm: | Patient |
| Entered By: | Cohen-Eve | Location of Pt: | HCR Clinic |
| Reason for Call: | | Status of Call: | Closed |

Description:

Assessment & Plan:    ASSESSMENT: Patient is here for 3 month follow up. Doing great on medications. VL=<75 and CD4 jumped to 757/30% from 377/29%. Patient got married to Moinette Goodroad and is now living is a new apartment with his mother, who had a stroke, and Moinette. Still commuting 2 hours for work, but is tolerating that for right now.

PLAN: Patinet to follow up in 3 months. At that time, will do a follow up ultrasound of liver for Hep C.

----- Entered By Eve Cohen RN on 01/14/2005 11:05:51 AM PST

Active Dx/Problems as of 06/10/03 08:44 AM:       AIDS

Medications as of 11/17/04 09:59 AM
Allergies: NKDA
Meds and Allergies Comments:
1. Septra DS - Take 1 QD - Clement-M MD
2. Lamisil 250 mg - 1 QD x 6weeks - Clement-M MD
3. Kaletra - Take 3 po BID - Clement-M MD
4. Combivir - Take 1 BID - Clement-M MD
5. Viread 300 mg - Take 1 QD - Clement-M MD
6. Allegra 60 mg - Take 1 BID - Clement-M MD
7. Zantac 150 mg - Take 1 BID - Clement-M MD
8. Viagra 100 mg - Take 1 30 minutes before sexual relations - Clement-M MD
KP Referral:
Community Referral:
Comments:

**Patient 10009134 - Harris, Clifford**

# Exhibit B

U.S. v. Clifford Harris
CR-07 00345 SBA

| | | | |
|---|---|---|---|
| MRN: | 10009134 | KP PCP: Clement-M Md | KAISER PERMANENTE |
| Name: | Harris, Clifford | Code Status: | Program (Case Mgr): |
| DOB: | 02/25/1956 (47) Male | KP Facility: OAK | OAK-HIV (Cohen-E) |
| Address: | 14655 San Pablo Avenue, Apt F, San Pablo 94801 | | |
| Day Ph #: | 510-234-5099 | | |
| Eve Ph #: | | | |

## Call Tracking

| | | | |
|---|---|---|---|
| Call Date: | 08/09/2005 04:05 PM | Mode of Comm: | In-Person |
| Initiated By: | Cohen-Eve | Source of Comm: | Patient |
| Entered By: | Cohen-Eve | Location of Pt: | HCR Clinic |
| Reason for Call: | | Status of Call: | Closed |

**Description of Call:**

**Assessment & Plan:**
ASSESSMENT: Patient is here for 3 month follow up. Patient missed his last appointment 3 weeks ago because of a dental emergency. Patient admitted today that he has relapsed with heroin x one month. Patient relapsed because of major stress in his life around his son. His son is facing prison time for domestic violence. Patient stated that his family is counting on him to pay for all of the lawyers fees and expects him to take care of the situation because he was not around to help raise him as a child. Patient started dealing drugs to pay for the lawyers fees. At some point, he started using IV Heroin. He uses about once a day, "just enough not to get sick". CD4 has decreased to 331/17% and VL= <75. Has only missed one dose this month despite heroin use. He has not discussed his addiction with his wife or mother, but he thinks that they "know" that he is using drugs. He has lost 17 pounds since his last visit.
PLAN: Patient is willing to call CDRP today. Was very open and honest about his addiction and seems to want to stop. Patient is very perseptive about his addiction and his need for drug treatment. Reinforced importance of CDRP and drug treatment program in general. Will follow up with patient this week. Encouraged him to talk with his family. Follow up with Dr. Clement in 1 month.
----- Entered By Eve Cohen RN on 08/10/2005 04:20:07 PM PDT

**Active Dx/Problems as of 08/10/05 04:10 PM:** AIDS; Hepatitis C

**Medications as of 04/18/05 11:21 AM**
Any medication that is documented by the case management team (may be filled at KP or outside, e.g., Longs, Thrifty, SNF)
  **Allergies:** NKDA
  Meds and Allergies Comments:
  **#. Drug Name and Dosage - Schedule - Ordered By**
   1. Septra DS - Take 1 QD - Clement-M MD
   2. Lamisil 250 mg - 1 QD x 6weeks - Clement-M MD
   3. Kaletra - Take 3 po BID - Clement-M MD
   4. Combivir - Take 1 BID - Clement-M MD
   5. Viread 300 mg - Take 1 QD - Clement-M MD
   6. Allegra 60 mg - Take 1 BID - Clement-M MD
   7. Zantac 150 mg - Take 1 BID - Clement-M MD
   8. Viagra 100 mg - Take 1 30 minutes before sexual relations - Clement-M MD

KP Referral:                                           Community Referral: