**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald v. Dellums Federal Building*
*1301 Clay Street, Suite 340S*           *(510) 637-3680*
*Oakland, California 94612-5217*         *FAX:(510) 637-3724*

March 25, 2008

Hon. Wayne D. Brazil
Magistrate, United States District Court
1301 Clay Street, 3rd Floor
Oakland, CA 94612-5217

    Re: <u>United States v. Clifford Harris</u> ; CR 07-00345 SBA

Your Honor:

    Please calendar the above-entitled case for arraignment on the superseding indictment on Tuesday, April 1st at 10:00 a.m. The case is also set in Judge Armstrong's department at the same time for change of plea/judgment of sentence. The defendant's change of plea will involve the new charge in the superseding indictment.

    Respectfully yours,

    /s/
    Derek Butts
    Special Assistant United States Attorney

cc:    Jerome Matthews, AFPD
    (Without Enclosure)