UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date:4/1/08

CR 07-00345SBA                                          JUDGE: SAUNDRA BROWN ARMSTRONG


HARRIS                                          Present (x) Not Present ( ) In Custody (x)
       DEFENDANT(S)


 DEREK BUTTS                                             JEROME MATTHEWS
U.S. ATTORNEY                                    ATTORNEY FOR DEFENDANT(S)


Deputy Clerk:  Lisa R. Clark                       DIANE SKILLMAN
                                                     Court Reporter


_____                   _____
 Interpreter                                       Probation Officer
                              **PROCEEDINGS**

**REASON FOR HEARING:   CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**
  **GOVT MOTION TO DISMISS INDICTMENT - GRANTED**
**RESULT OF HEARING:   DEFENDANT PLED GUILTY TO CT. 1 OF THE SUPERSEDING INFORMATION;**
_____
_____
**JUDGMENT: 151 MONTHS BOP; 3 YEARS SUPERVISED RELEASE; SPECIAL ASSESSMENT $100.00 SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**
_____
_____
                              **PROCEEDINGS**

Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____@ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: