AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court　FILED

──────── DISTRICT OF ────────

APR 1 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

V.

CLIFFORD HARRIS

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 00345 SBA

I, _Clifford Harris_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _4/1/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before _Wayne D. Brazil_   4-1-08
Judicial Officer