UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>CLIFFORD HARRIS,<br><br>    Defendant. | Case No: CR 07-0345 SBA<br><br>**ORDER**<br><br>Dkt. 36 |

On August 12, 2011, Defendant Clifford Harris filed a Motion for Appointment of Counsel in connection with a motion for modification of his sentence pursuant to 18 U.S.C. § 3582. Dkt. 36. However, Defendant has not filed his motion for modification, and therefore the Court is not able to assess the merits of Defendant's request for counsel. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's Motion for Appointment of Counsel is DENIED without prejudice to his right to renew the motion should he file a motion for modification of sentence under 18 U.S.C. § 3582.

IT IS SO ORDERED.

Dated: September 6, 2011

                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

CLIFFORD HARRIS et al,

        Defendant.
                                         /

Case Number: CR07-00345 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Clifford Harris** (1)
98213-111
FCI-Lompoc
3600 Guard Road
Lompoc, CA 93436-2705

Dated: September 7, 2011

                                  Richard W. Wieking, Clerk

                                  By: LISA R CLARK, Deputy Clerk