MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSHUA HILL (CASBN 250842)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   Email: Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0345 SBA |
|    Plaintiff, ) | |
|    v. ) | NOTICE OF MOTION AND MOTION TO EXTEND THE TIME WITHIN WHICH THE GOVERNMENT MUST FILE A RESPONSE AND ORDER |
| CLIFFORD HARRIS, ) | |
|    Defendant. ) | Hon. Saundra Brown Armstrong |

     Pursuant to Rule 6-3 of the Local Rules of the United States District Court for the Northern District of California, Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Joshua Hill, hereby files this motion to extend the time within which the government must file a response to the Motion to Vacate.

     The government seeks to extend the time to file and serve a response to February 16, 2011.  Defendant may reply no later than 30 days after the government files its response.

//

//

Not. and Mot. to Extend Time and [Proposed] Order
CR-07-00345 SBA

1  This motion is based upon the attached declaration of Joshua Hill.

DATED: November 9, 2011            Respectfully submitted,

                                   MELINDA HAAG
                                   United States Attorney

                                   _____/S/_____
                                   JOSHUA HILL
                                   Assistant United States Attorney


## ORDER

IT IS SO ORDERED that the government's response to the Motion to Vacate shall be due on February 16, 201**2**.  Defendant may reply no later than 30 days after the government files its response.

DATED: _11/10/11                   _Saundra B Armstrong_____
                                   HON. SAUNDRA BROWN ARMSTRONG
                                   United States District Judge

Not. and Mot. to Extend Time and [Proposed] Order
CR-07-00345 SBA                    2